UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER BLAKE FRASIER                          CIVIL ACTION

VERSUS                                                           NO. 23-1525

LAUREN LEMMON, ET AL.                            SECTION "R" (5)


### ORDER

Plaintiff Christopher Blake Frasier, proceeding *pro se* and *in forma pauperis*, brings this action under 42 U.S.C. § 1983, alleging that defendants violated his rights in court.[1]  On June 20, 2023, Magistrate Judge Michael B. North issued a Report & Recommendation ("R&R"), recommending that the Court dismiss plaintiff's complaint as frivolous and for failure to state a claim on which relief can be granted.[2]

Plaintiff did not object to the R&R.  Therefore, the Court reviews the R&R for clear error.  *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").  The Court finds no clear error.

---

[1]       R. Doc. 5.
[2]       R. Doc. 15.

Accordingly, the Court adopts Magistrate Judge North's R&R as its opinion.  Plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __17th__ day of July, 2023.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE